IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:16-cv-00714

| | |
|---|---|
| REGINALD BOSTIC, SR., <br><br> Plaintiff, <br><br> vs. <br><br> US FOODS, INC., <br><br> Defendant. | **ORDER AMENDING <br> PRETRIAL ORDER AND CASE <br> MANAGEMENT PLAN** |

THIS MATTER is before the Court on the parties' Second Joint Motion to Amend Pretrial Order and Case Management Plan [Doc No. 13]. The Court has reviewed the record in this matter and finds that there is good cause to grant the Motion.

IT IS THEREFORE ORDERED that the parties' Second Joint Motion to Amend Pretrial Order and Case Management Plan is ALLOWED and the Amended Pretrial Order and Case Management Plan is amended as follows: the deadline for reports from Plaintiff's retained experts shall be November 1, 2017, the deadline for reports from Defendant's retained experts shall be December 1, 2017, the deadline for the completion of all discovery shall be January 1, 2018, the deadline for the parties to complete mediation shall be January 1, 2018, and the deadline for the parties to file dispositive motions shall be February 1, 2018.

The Clerk is directed to set the ready trial date for The Honorable Max O. Cogburn, Jr.'s next trial calendar after March 31, 2018.

**SO ORDERED**.

Signed: August 2, 2017

_____
David S. Cayer
United States Magistrate Judge